UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br><br>    PATRICIA A. LANGILLE,<br><br>        Debtor. | )<br>)<br>)   CHAPTER 7<br>)   Case No. 09-10469 (WCH)<br>)<br>)<br>) |

## REQUEST FOR SERVICE OF
## PLEADINGS, NOTICES AND ORDERS

The undersigned counsel for Patriot Plumbing, Inc. requests that copies of all pleadings, notices, and other documents filed or served in the above-entitled case and all other notices, orders, pleadings and other documents to which interested parties are entitled to receive be served upon the undersigned.

Respectfully submitted,

By: /s/ Mark C. O'Connor
    Mark C. O'Connor    BMA #07079
    Rich May, a Professional Corporation
    176 Federal Street, 6th Floor
    Boston, MA 02110
    (617) 556-3862
    *Counsel for Patriot Plumbing, Inc.*

Date: February 19, 2009

## CERTIFICATE OF SERVICE

I, Mark C. O'Connor, hereby certify that on February 19, 2009, the within pleading was filed through the ECF system and that such pleading will be served electronically to registered participants as identified on the Notice of Electronic Filing, including the parties listed below or their counsel of record:

>John Fitzgerald, Assistant U.S. Trustee
>Office of the U.S. Trustee
>10 Causeway Street
>Boston, MA 02222
>
>Warren E. Agin, Trustee
>Swiggart & Agin LLC
>197 Portland Street 4th Floor
>Boston, MA 02114
>(617) 742-0110
>
>Peter M. Daigle, Esq.
>1550 Falmouth Road Suite 10
>Centerville, MA 02632
>(508) 771-7444
>*Counsel for Debtor*
>
>Melvin S. Hoffman, Esq.
>Looney & Grossman LLP
>101 Arch Street
>Boston, MA 02110
>617-235-8666
>*Counsel for Creditor Nickerson Lumber*

>/s/ Mark C. O'Connor
>Mark C. O'Connor

Dated: February 19, 2009